IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | |
| ANTHONY HALL | NO. 15-496-9 |

### ORDER

**AND NOW**, this 18th day of December, 2025, upon consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 1256) and the Government's response thereto (ECF No. 1260), **IT IS HEREBY ORDERED** that the Motion is **DENIED**. **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

BY THE COURT:

S/ WENDY BEETLESTONE

WENDY BEETLESTONE, C.J.

1